IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN YOUNG | : | CIVIL ACTION |
| v. | : | |
| WENDY DEMCHICK, et al. | : | NO. 08-4648 |

<u>M E M O R A N D U M</u>

SLOMSKY, J.                                    ~~JANUARY~~ February 2, 2009

      Plaintiff has filed a <u>pro se</u> 42 U.S.C. § 1983 civil rights complaint against fifty (50) defendants. Federal Rule of Civil Procedure 8(a)(2) provides that a pleading setting forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's complaint is rambling and unclear, thus depriving the defendants of fair notice to allow them to respond to his claims. Since plaintiff is <u>pro se</u>, he will be granted leave to file an amended complaint to meet these pleading infirmities.

      If plaintiff intends to pursue this case, he must file an amended complaint which contains all of his claims, and in which he describes as legibly, clearly and briefly as possible: (1) the specific events or conditions which violated his constitutional rights; (2) the name and place of employment of each person who violated his constitutional rights; (3) the dates on which his constitutional rights were violated; (4) the harm he suffered, if any, from each violation; and (5) the specific relief he is requesting.

      An appropriate order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN YOUNG | : | CIVIL ACTION |
| v. | : | |
| WENDY DEMCHICK, et al. | : | NO. 08-4648 |

O R D E R

AND NOW, this 2nd day of ~~January~~ February 2009, in accordance with the Memorandum filed this date,

IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to amend as specified in the Memorandum within thirty (30) days of the date of this Order. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.

*mailed*
*2-2-09*
*K. Young*
*P.P.*