IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN YOUNG, | : | CIVIL ACTION |
| Plaintiff, | : | NO.   08-4648 |
| v. | : | |
| WENDY DEMCHICK, et. al. | : | |
| Defendants. | : | |

### ORDER



AND NOW, this 24th day of June, 2009, upon consideration of Plaintiff Kevin Young's submissions to the Court (See Docket Nos. 19, 23, and 24) it is hereby ORDERED that:

1.  Plaintiff is granted an extension until July 14, 2009, to file an Amended Complaint which complies with the attached Memorandum.

2.  This case shall remain closed for statistical purposes.

3.  If Plaintiff fails to submit an Amended Complaint that adheres to the Federal Rules of Civil Procedure and the Order of this Court dated February 2, 2009, the Court may dismiss the case with prejudice.

BY THE COURT:

JOEL H. SLOMSKY, J.